CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
Facsimile: (415) 436-6748
Molly.Friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

AISHWARY PRAMANIK,

Plaintiff,

v.

MARY ELIZABETH BRENNAN SENG, Director, Texas Service Center, United States Citizenship and Immigration Services, *et al*.,

Defendants.

Case No. 3:26-cv-02969 SVK

**JOINT STATUS REPORT AND STIPULATION TO LIFT STAY OF PROCEEDINGS; ~~[PROPOSED]~~ ORDER**

The parties submit this joint status report regarding Plaintiff's Form I-140, Immigrant Petition for Alien Workers. On June 10, 2026, the Court granted the parties' request to continue the stay of proceeding. Dkt. No. 11. On September 1, 2026, United States Citizenship and immigration Services issued a decision on Plaintiff's Form I-140. The parties conferred and request the stay in this case be lifted and the case be placed on the Court's active docket. The parties propose the following briefing schedule:

1. Plaintiff will file his amended complaint by September 21, 2026.
2. Defendants will file their response to Plaintiff's amended complaint by October 21, 2026.
3. Defendants will file their motion for summary judgment by November 20, 2026.

4. Plaintiff will file his cross-motion for summary judgment and opposition to Defendants' motion by December 21, 2026.

5. Defendants will file their reply and opposition to Plaintiff's motion by January 4, 2027.

6. Plaintiff will file his reply by January 18, 2027.

7. The parties will notice their cross motions for summary judgment for a hearing on January 19, 2027, at 10:00 a.m.

The parties respectfully request that the Court grant their stipulation.

Dated: September 8, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: September 8, 2026

*/s/ Sameer Khedekar*
SAMEER KHEDEKAR
Attorney for Plaintiff

**~~[PROPOSED]~~ ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: September 10, 2026

SUSAN VAN KEULEN
United States Magistrate Judge

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.