CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
KENNETH BRAKEBILL (CABN 196696)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
Facsimile: (415) 436-6748
kelsey.helland@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AISHWARY PRAMANIK,<br><br>Plaintiff,<br><br>v.<br><br>MARY ELIZABETH BRENNAN SENG, Director, Texas Service Center, United States Citizenship and Immigration Services, *et al*.,<br><br>Defendants. | Case No. 5:26-cv-02969 SVK<br><br>**STIPULATION TO REVISED BRIEFING SCHEDULE; [PROPOSED] ORDER** |

On August 20, 2026, the parties submitted a stipulation to a briefing schedule. Dkt. No. 16. On September 25, 2026, Plaintiff filed an amended complaint. Dkt. No. 17. The parties conferred and respectfully request the Court to grant the parties' revised briefing schedule. The parties make this request because the Assistant United States Attorney ("AUSA") handling this matter for Defendants has departed the United States Attorney's Office, and the case is being transferred to a new AUSA. The new AUSA needs additional time to review the matter and prepare a response.

1. Defendants will file their response to Plaintiff's amended complaint by November 30, 2026.

2. Defendants will file their motion for summary judgment by December 28, 2026.

3. Plaintiff will file his cross-motion for summary judgment and opposition to Defendants' motion by January 27, 2027

4. Defendants will file their reply and opposition to Plaintiff's motion by February 8, 2027.

5. Plaintiff will file his reply by February ~~22~~, 23, 2027.

6. The parties will re-notice their cross motions for summary judgment currently scheduled for January 19, 2027, at 10:00 a.m. to March ~~8~~, 23, 2027, at 10:00 a.m.

The parties respectfully request that the Court grant their stipulation.

Dated: October 26, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Kelsey J. Helland*
KELSY J. HELLAND
Assistant United States Attorney
Attorneys for Defendants

Dated: October 26, 2026

*/s/ Sameer Khedekar*
SAMEER KHEDEKAR
Attorney for Plaintiff

**[~~PROPOSED~~] ORDER**

Pursuant to the MODIFIED PROPOSAL above,

IT IS SO ORDERED.

Date: November 2, 2026

SUSAN VAN KEULEN
United States Magistrate Judge

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.